# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Nicholas A. Usler, et al. v. Vital Farms, Inc.

Case Number: 1:22-cv-06568

An appearance is hereby filed by the undersigned as attorney for:

Nicholas A. Usler, Jon Evans, Andrew Andrada, Hanna Vossen, Noah Tanz, Kenny Kiernan, Charles Sankowich, Burcu Karaca and Kara Gozde

Attorney name (type or print): Brandon Stein

Firm: Thompson Hine LLP

Street address: 20 North Clark Street, Suite 3200

City/State/Zip: Chicago, IL  60602-5093

Bar ID Number: 6321565
(See item 3 in instructions)

Telephone Number: 312-998-4253

Email Address: Brandon.Stein@ThompsonHine.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 29, 2022

Attorney signature: S/ Brandon Stein

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015